# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ERIN KATHLEEN O'DONNELL           ) Case No. ED CV 12-1261 JCG
           Plaintiff,                          )
               v.                            )  **JUDGMENT**
CAROLYN W. COLVIN, ACTING          )
COMMISSIONER OF SOCIAL             )
SECURITY ADMINISTRATION,           )
           Defendant.                          )
_____    )

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: May 23, 2013

_____
Hon. Jay C. Gandhi
United States Magistrate Judge