Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Erin Kathleen O'Donnell

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN KATHLEEN O'DONNELL, | Case No.: EDCV 12-1261 JCG |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1  DATE: August 6, 2013

2  _____
    THE HONORABLE JAY C. GANDHI
3   UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26